**Order entered January 23, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00913-CV

## JOHN SEAY, Appellant

## V.

## DEL ROY FUNDS LP, Appellee

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-22-04367**

## ORDER

Before the Court is appellee's January 19, 2023 unopposed amended motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 23, 2023.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE